IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
| THE PETITION OF | : | CIVIL ACTION |
| WEEKS MARINE, INC., AS OWNER | : | |
| OF THE VESSEL "WEEKS 573" | : | |
| FOR EXONERATION FROM AND | : | |
| LIMITATION OF LIABILITY, | : | No. 10-1794 |
| Petitioner. | : | |

**ORDER**

**AND NOW**, this **29th** day of **July**, **2011**, upon consideration of the parties' briefs on the issue of whether this litigation shall proceed as a jury trial or a bench trial (Document Nos. 50, 51, 53), and for the reasons stated in this Court's Memorandum of July 29, 2011, it is hereby **ORDERED** that this case shall proceed as a bench trial.

BY THE COURT:

_____
**Berle M. Schiller, J.**