IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE PETITION :
OF WEEKS MARINE, INC. AS OWNER : CIVIL ACTION
OF THE VESSEL "WEEKS 573" FOR :
EXONERATION FROM AND :
LIMITATION OF LIABILITY : NO.  10-1794

### ORDER

**AND NOW,** this 10th day of February, 2012, it is **ORDERED** as follows:

1. No later than February 15, 2012, Weeks Marine shall pay Michael Kilroy $2568.12.

2. No later than February 15, 2012, Weeks Marine shall deposit $10,000 into the Registry of the Court.  This money, with interest, shall be paid to Michael Kilroy upon notice to the Court that Kilroy's Workers' Compensation Settlement has been approved by the United States Department of Labor.

3. All parties shall pay their own attorneys fees and costs in connection with this matter.

BY THE COURT

/s/ Jacob P. Hart

_____

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**